IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL -7 PM 4: 32
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. <u>04-20229-Ma</u> |
| CHRISTOPHER SMITH, ) | |
| Defendant, ) | |

## ORDER

Upon motion of the United States, the trial in the above-styled case is continued until <u>July 22</u>, 2005, at 2:00 pm on Judge Mays report date.

IT IS SO **ORDERED** this 7th day of July, 2005.

J. DANIEL BREEN
U.S. DISTRICT COURT JUDGE

Approved by:

Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-12-05



110

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 110 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT