IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 SEP -8 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. <u>04-20229-Ma</u> |
| ) | |
| CHRISTOPHER SMITH, ) | |
| ) | |
| Defendant, ) | |

## ORDER

Upon motion of the United States, the trial in the above-styled case is continued for report date on September 23, 2005 and trial on October 3, 2005. Any delay is excluded due to unavailability of a witness.

IT IS SO **ORDERED** this __8th__ day of September, 2005.

J. DANIEL BREEN
U.S. DISTRICT COURT JUDGE

Approved by:

_____
Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __9-12-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 128 in case 2:04-CR-20229 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT